UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

PC CONNECTION, INC.,

    Plaintiff,

       v.                             No. 1:15-cv-000208-PB

STEPHEN P. PRICE,

    Defendant.

## JOINT MOTION TO ENTER STIPULATED ORDER

The Parties, Plaintiff, PC Connection, Inc., and Defendant, Stephen P. Price, have agreed to the entry of a Stipulated Order, in the form attached hereto as <u>Exhibit A</u>. Following the Court's entry of the Stipulated Injunction attached hereto, the parties intend to jointly file a Stipulation of Dismissal.

WHEREFORE, the Parties jointly request that the Court enter the Stipulated Injunction attached hereto.

                                            Respectfully submitted,

                                            PC CONNECTION, INC
                                            By its attorneys,
                                            JACKSON LEWIS P.C.

Date: August 24, 2016     By:       /s/ K. Joshua Scott
                                            K. Joshua Scott (NH Bar No. 17479)
                                            JACKSON LEWIS P.C.
                                            100 International Drive, Suite 363
                                            Portsmouth, NH 03801
                                            Phone: (603) 559-2700
                                            Fax: (603) 559-2701
                                            kjoshua.scott@jacksonlewis.com

        Erik J. Winton (*pro hac vice*)
        JACKSON LEWIS P.C.
        75 Park Plaza, 4th Floor
        Boston, MA 02116
        Tel:  (617) 367-0025
        Fax: (617) 367-2155
        Email:  wintone@jacksonlewis.com

        STEPHEN P. PRICE
        By his attorneys,
        UPTON & HATFIELD, LLP

Date:  August 24, 2016  By:  /s/ Charles W. Grau
        Charles W. Grau (NHBA #987)
        10 Centre Street, P.O. Box 1090
        Concord, NH 03302-1090
        Phone:  (603) 224-7791
        cgrau@uptonhatfield.com

4849-3403-0135, v. 1