UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| PC CONNECTION, INC., <br><br> Plaintiff, <br><br> v. <br><br> STEPHEN P. PRICE, <br><br> Defendant. | No. 1:15-cv-000208-PB |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, PC Connection, Inc., and Defendant, Stephen P. Price, pursuant to F.R.Civ.P. 41(a)(1)(ii), that this action shall be and hereby is dismissed with prejudice and without costs or attorneys' fees to any party. Notwithstanding the dismissal of this action with prejudice, the Stipulated Order in this action shall remain in place pursuant to its terms and this Court shall maintain jurisdiction of this action during the pendency of the Stipulated Order.

                                             Respectfully submitted,

                                             PC CONNECTION, INC
                                             By its attorneys,
                                             JACKSON LEWIS P.C.

Date: August 25, 2016    By:    /s/ K. Joshua Scott
                                                 K. Joshua Scott (NH Bar No. 17479)
                                                 JACKSON LEWIS P.C.
                                                 100 International Drive, Suite 363
                                                 Portsmouth, NH 03801
                                                 Phone: (603) 559-2700
                                                 Fax: (603) 559-2701
                                                 kjoshua.scott@jacksonlewis.com

                                      Erik J. Winton (*pro hac vice*)
                                      JACKSON LEWIS P.C.
                                      75 Park Plaza, 4th Floor
                                      Boston, MA 02116
                                      Tel:  (617) 367-0025
                                      Fax: (617) 367-2155
                                      Email:  wintone@jacksonlewis.com

                                      STEPHEN P. PRICE
                                      By his attorneys,
                                      UPTON & HATFIELD, LLP,

Date:  August 25, 2016        By:       /s/ Charles W. Grau
                                      Charles W. Grau (NHBA #987)
                                      Lisa M. Hall (NH Bar # 19870)
                                      10 Centre Street, P.O. Box 1090
                                      Concord, NH 03302-1090
                                      Phone:  (603) 224-7791
                                      cgrau@uptonhatfield.com

4814-2816-6966, v. 1