UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

PC Connection, Inc.

      v.                           Civil No. 15-cv-208-PB

Stephen P. Price

**J U D G M E N T**

Judgment is hereby entered in accordance with the following:

1. Order by Judge Paul Barbadoro dated October 29, 2015, granting in part the defendant's motion to dismiss;

2. Order by Judge Paul Barbadoro dated August 24, 2016, approving the Joint Motion to Enter Stipulation; and

3. Stipulation of Dismissal with prejudice filed August 25, 2016.

                                            By the Court,

                                            /s/ Pamela E. Phelan
                                            Pamela E. Phelan
                                            Chief Deputy Clerk

Date: August 26, 2016

cc:     Erik J. Winton, Esq.
         K. Joshua Scott, Esq.
         Charles W. Grau, Esq.